■      In the Matter of Nicholas Carroll and of Those Similarly Situated, Petitioners, v. Mario Procaccino, as Comptroller of the City of New York, Respondent.— Determination of the comptroller unanimously affirmed, without costs and without disbursements. Because of the somewhat confused presentation on the argument we state specifically that this confirmation does not affect the rate of pay of petitioners for any period subsequent to July 1, 1968. Concur — Stevens, P. J., Eager, Tilzer, Markewich and Steuer, JJ.